**United States District Court**
For the Northern District of California

IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| PATRICK M. McCOLLUM, | No. C 04-03339 CRB |
| Plaintiff, | **ORDER** |
| v. | |
| THE STATE OF CALIFORNIA, et al., | |
| Defendants. | |

Now pending before the Court is plaintiff's ex parte application to continue the summary judgment motion. After considering the papers filed by the parties, including the defendants' opposition, the Court GRANTS plaintiffs' application in part. The summary judgment hearing scheduled for December 2, 2005 is VACATED. The parties shall appear before the Court at 8:30 a.m. on November 18, 2005 for a further case management conference, and shall submit a joint case management conference statement in advance of the conference.

**IT IS SO ORDERED.**

Dated: November 8, 2005

CHARLES  R. BREYER
UNITED STATES DISTRICT JUDGE

G:\CRBALL\2004\3339\order2recontinuance.wpd