1  BILL LOCKYER
   Attorney General of the State of California
2  MIGUEL A. NERI
   Supervising Deputy Attorney General
3  FIEL D. TIGNO
   Supervising Deputy Attorney General
4  JOSHUA C. IRWIN (SNB 209437)
   Deputy Attorney General
5  BONNIE J. CHEN (SNB 219394)
   Deputy Attorney General
6   1515 Clay Street, 20TH Floor
    P.O. Box 70550
7   Oakland, CA 94612-0550
    Telephone: (510) 622-2113
8   Facsimile:  (510) 622-2121
   fiel.tigno@doj.ca.gov
9  joshua.irwin@doj.ca.gov
   bonnie.chen@doj.ca.gov
10 Attorneys for Defendants
   California Department of Corrections, et al.

11

12                IN THE UNITED STATES DISTRICT COURT

13             FOR THE NORTHERN DISTRICT OF CALIFORNIA

14                      SAN FRANCISCO DIVISION

15

| 16 | PATRICK M. McCOLLUM, et al. | Case No.: C04-3339 CRB |
|---|---|---|
| 17 | Plaintiffs, | [~~PROPOSED~~] ORDER GRANTING DEFENDANTS' EX PARTE APPLICATION FOR AN EXTENSION OF TIME TO FILE RESPONSIVE PLEADING AND FOR PERMISSION TO EXCEED PAGE LIMIT |
| 18 | v. | |
| 19 | CALIFORNIA DEPARTMENT OF CORRECTIONS, et al. | |
| 20 | Defendants. | |
| 21 | | Courtroom: 8, 19th Floor |
| 22 | | Judge: The Honorable Charles R. Breyer |
| 23 | | Action Filed: August 16, 2004 |

24

25     For good cause appearing, Defendants' request for a ninety-day extension of time is

26 hereby granted. The Motion to Dismiss deadline of January 20, 2006, and the related hearing

27 date currently set for March 3, 2006, at 10:00 a.m., are hereby vacated, and the following briefing

28 schedule is to be set by the clerk:

[PROP.] ORDER GRANTING DEFS.' EX PARTE APP.; *McCollum, et al. v. CDCR, et al.*, Case No. C04-3339 CRB

| | | |
|---|---|---|
| 1 | **Defendants' Responsive Pleading due:** (Answer or Motion to Dismiss) | April 21, 2006 |
| 2 | | |
| 3 | **Plaintiffs' Opposition due:** | May 26, 2006 |
| 4 | **Defendants' Reply due:** | June 9, 2006 |
| 5 | **Motion to Dismiss Hearing:** | June 30, 2006, 10:00 a.m. |

Additionally, due to large number of Defendants, large number of claims, and the increased complexity of Plaintiffs' Second Amended Complaint, Defendants are granted permission to exceed the fifteen page limit in their Motion to Dismiss. Defendants' Motion to Dismiss shall not exceed thirty pages in length, exclusive of title pages, indexes of cases, table of contents, exhibits, affidavits, declarations, and summary of argument.

**IT IS SO ORDERED.**

Dated: January 6, 2006

_____
THE HONORABLE BREYER
U.S. District Court

*APPROVED*
*Judge Charles R. Breyer*
*United States District Court, Northern District of California*