| | |
|---|---|
| 1 | Caroline N. Mitchell (# 143124) |
| 2 | Stacy Monahan (#218942)<br>Sarah Hamilton (#238819) |
| 3 | JONES DAY<br>555 California Street, 26th Floor |
| 4 | San Francisco, CA  94104<br>Telephone:    (415) 626-3939 |
| 5 | Facsimile:     (415) 875-5700<br>Email: cnmitchell@jonesday.com |
| 6 | Email: smonahan@jonesday.com |
| 7 | Attorneys for Plaintiffs<br>Patrick M. McCollum, et al. |

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| Patrick M. McCollum et al., | **Case No. C-04-3339 CRB** |
| Plaintiffs, | **[PROPOSED] ORDER ~~GRANTING~~ DENYING PLAINTIFFS' *EX PARTE* APPLICATION FOR DEFENDANTS' MOTION FOR PROTECTIVE ORDER AND STAY OF DISCOVERY TO BE HEARD BEFORE ASSIGNED MAGISTRATE JUDGE** |
| v. | |
| California Department of Corrections and Rehabilitation, et al., | |
| Defendants. | |

On February 3, 2006 plaintiffs filed an ex parte application requesting that defendants' Motion For Protective Order And Stay of Discovery be heard before the assigned magistrate judge. I have considered the ex parte application and supporting declaration.

~~Good cause appearing, therefore:~~

~~IT IS ORDERED that that defendants' Motion For Protective Order And Stay of Discovery be heard before the assigned magistrate judge, J.~~

**DENIED**
Judge Charles R. Breyer

SFI-537299v1
[Proposed] Order Granting Ex Parte Application            1            Case No. C-04-3339 CRB