1   Caroline N. Mitchell (# 143124)
    Stacy Monahan (# 218942)
2   Sarah K. Hamilton (#238819)
    JONES DAY
3   555 California Street, 26th Floor
    San Francisco, CA 94104
4   Telephone:    (415) 626-3939
    Facsimile:    (415) 875-5700
5   Email: cnmitchell@jonesday.com
    Email: smonahan@jonesday.com
6   Email: skhamilton@jonesday.com

7

    Attorney for Plaintiffs
8

UNITED STATES DISTRICT COURT

9
NORTHERN DISTRICT OF CALIFORNIA

10

11

Patrick M. McCollum, et al.,                Case No. C-04-3339 CRB

12
                Plaintiffs,                  STIPULATION AND [PROPOSED]
13                                           ORDER TO EXTEND DEADLINES AND
        v.                                   PAGE LIMITS FOR OPPOSITION AND
14                                           REPLY TO OPPOSITION TO MOTION
                                             TO DISMISS
California Department of Corrections and
15   Rehabilitation, et al.,

16              Defendants.

17

18

19

20

21

22

23

24

25

26

27

28
SFI-541779v1                                 Stip. and [Prop.] Order to Ext. Deadline and
                                             Pages for Opp. and Reply to Opp. to MTD.
                                             Case No.: 04-3339 CRB

1      WHEREAS, Defendants were unable to file their Memorandum of Points and Authorities

2   in Support of Motion to Dismiss Third Amended Complaint, due on April 21, 2006, until April

3   25, 2006, because of problems with the e-filing system; and

4      WHEREAS, the parties now seek to obtain additional days to prepare, file and serve their

5   papers in opposition and reply to this motion; and

6      WHEREAS, the parties anticipate having pages in excess of the customary limits

7   afforded to an opposition and reply to opposition to motion to dismiss.

8      IT IS HEREBY STIPULATED by and between plaintiffs and defendants through their

9   respective counsel of record as follows:

10      1.   The deadline for filing plaintiffs' opposition will be June 2, 2006

11      2.   The deadline for filing defendants' reply will be June 16, 2006.

12      3.   The parties agree that plaintiffs will be afforded 30 pages for their opposition to

13   motion to dismiss.

14      4.   The parties agree that defendants will be afforded 18 pages for their reply to

15   opposition to motion to dismiss.

16

17   **IT IS SO STIPULATED.**

18   Dated: May ⊥⊥, 2006                    JONES DAY

19

20                                         By:_____

21                                            Sarah K. Hamilton
                                              Attorneys for Plaintiff Patrick McCollum, et al.
22

23

24   Dated: May _11_, 2006                 SUPERVISING DEPUTY ATTORNEY
                                           GENERAL
25

26                                         By:_____

27                                            Joshua C. Irwin
                                              Attorney for Defendants- California
28                                            Department of Corrections, et al.

SFI-541779v1                                          Stip. and [Prop.] Order to Ext. Deadline and
                                                      Pages for Opp. and Reply to Opp. to MTD.
                              1                        Case No.: 04-3339 CRB

**ORDER**

IT IS SO ORDERED.

Date: __May 13_____, 2006

Charles R. Breyer
United States District Judge

IT IS SO ORDERED

Judge Charles R. Breyer

2                    Stip. and [Prop.] Order to Ext. Deadline and
                     Pages for Opp. and Reply to Opp. to MTD.
                     Case No.: 04-3339 CRB

TOTAL P.04