FILED

AUG 3 0 2006

RICHARD W. WIEKING
CLERK U.S. DISTRICT COURT,
NORTHERN DISTRICT OF CALIFORNIA

IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| PATRICK M. McCOLLUM, et al., | No. C 04-03339 CRB |
| Plaintiffs, | **ORDER** |
| v. | |
| THE STATE OF CALIFORNIA, et al., | |
| Defendants. | |

The Court is in receipt of a letter filed August 21, 2006 from David W. Ducus, an inmate who represents that he is a named plaintiff in this action. Plaintiffs' counsel are directed to respond to Mr. Ducus's concerns. The letter is attached to this Order, which shall be mailed to counsel and Mr. Ducus.

**IT IS SO ORDERED.**

Dated: August 30, 2006

CHARLES R. BREYER
UNITED STATES DISTRICT JUDGE

G:\CRBALL\2004\3339\ducusorder.wpd

Donald W. Dacus
E-51380   140-133L
P.O. Box 9
Avenal, CA 93204

August 15, 2006

FILED
AUG 21 2006
RICHARD W. WIEKING
CLERK U.S. DISTRICT COURT,
NORTHERN DISTRICT OF CALIFORNIA

The Honorable Charles R. Breyer
United States District Court For the Northern District
United States Courthouse
450 Golden Gate Avenue
San Francisco, CA 94102-3483

RE: Case Number: C-04-3339-CRB

Dear Judge Breyer;

    I am a named plaintiff in Case Number: C-04-3339-CRB (McCollum v. State of California) which is being heard in your courtroom.

    It is my understanding that a hearing was held on July 7, 2006, concerning this matter. Furthermore, it is my understanding that Fraudulent and Forged document with my name on them have been presented as evidence in an effort to have the above mentioned case dismissed.

1  I say this is my understanding because even though I
2  was notified of the Hearing being scheduled I have no
3  knowledge of it actually taking place or the outcome of it.
4  Furthermore, I have not been provided with a complete
5  record of this above mentioned case.

7  I have requested notice from plaintiff's attorney(s)
8  and a copy of the record along with the Forged documents. My
9  requests are to no avail.

11  So, I turn to you. Since I am indigent and without
12  means could you provide me with a complete record of Case
13  Number: C-04-3339-CRB (McCollum v. State of California)
14  including transcripts, motions and exhibits of both parties;
15  as well as inform me as to the outcome of the July 7th hearing?

17  If you are unwilling to do this and the plaintiff's
18  attorney(s) appear unwilling to do so, I must ask, "What is
19  my remedy?".

21  Thank you for your assistance in this matter.

23  Sincerely,

24  Without Prejudice

26  [signature]
27  Donald W. Dacus, E-51380

28

UNITED STATES DISTRICT COURT

FOR THE

NORTHERN DISTRICT OF CALIFORNIA

MCCOLLUM,

        Plaintiff,

v.

THE STATE OF CALIFORNIA et al,

        Defendant.
        /

Case Number: CV04-03339 CRB

**CERTIFICATE OF SERVICE**

I, the undersigned, hereby certify that I am an employee in the Office of the Clerk, U.S. District Court, Northern District of California.

That on August 31, 2006, I SERVED a true and correct copy(ies) of the attached, by placing said copy(ies) in a postage paid envelope addressed to the person(s) hereinafter listed, by depositing said envelope in the U.S. Mail, or by placing said copy(ies) into an inter-office delivery receptacle located in the Clerk's office.

Donald W. Dacus
E-51380 140-133L
P.O. Box 9
Arenal, CA 93204

Bonnie J. Chen
Fiel D. Tigno
Joshua Irwin
CA State Attorney General's Office
ERA
1515 Clay Street, 20th Floor
20th Floor
Oakland, CA 94612-0550

Caroline N. Mitchell
Sarah Kepner Hamilton
Stacy Marie Monahan
JONES DAY
555 California St.
26th Floor
San Francisco, CA 94104

Karen O'Brien Hourigan
Redgrave Daley Ragan & Wagner LLP
1750 Montgomery Street
Suite 151
San Francisco, CA 94111

Renee C. Beltranena
Jones Day
222 East 41st Street
New York, NY 10017

Dated: August 31, 2006

                                        Richard W. Wieking, Clerk
                                        By: Barbara Espinoza, Deputy Clerk