Caroline N. Mitchell (State Bar No. 143124)
Sarah K. Hamilton (State Bar No. 238819)
Renée Beltranena Bea (Admitted Pro Hac Vice)
JONES DAY
555 California Street, 26th Floor
San Francisco, CA 94104
Telephone:    (415) 626-3939
Facsimile:    (415) 875-5700
cnmitchell@jonesday.com
skhamilton@jonesday.com
rbeltranena@jonesday.com

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| PATRICK M. MCCOLLUM, et al.,<br><br>Plaintiffs,<br><br>v.<br><br>CALIFORNIA DEPARTMENT OF CORRECTIONS AND REHABILITATION, et al.,<br><br>Defendants. | **Case No. C-04-3339 CRB (EDL)**<br><br>**STIPULATION AND [~~PROPOSED~~] ORDER SETTING DISCOVERY SCHEDULE ON INMATE PLAINTIFFS' EXHAUSTION**<br><br>Magistrate Judge:   Elizabeth D. Laporte |

## STIPULATION

Pursuant to Judge Breyer's order, the parties have met and conferred to establish a discovery schedule pertaining to inmate exhaustion of administrative remedies.

In the interests of efficiency and cooperation, IT IS HEREBY STIPULATED by and between the parties to this action through their designated counsel that the following facts regarding the inmate plaintiffs' exhaustion of administrative remedies are not in dispute:

**Kenneth Capogreco**

1.   Inmate Kenneth Capogreco fully exhausted inmate appeal No. SVSP-B-02-4401 when his Director's Level Appeal was denied on July 18, 2003. *See* AGO 1991-1992.

**Scott Collins**

1. Inmate Scott Collins fully exhausted inmate appeal No. SQ-02-1790 when his Director's Level Appeal was denied on November 15, 2002. *See* AGO 1908.

2. Inmate Scott Collins fully exhausted inmate appeal No. SQ-04-1760 when his Director's Level Appeal was denied on November 10, 2004. *See* AGO 1863.

**Ian Duncan**

1. Inmate Ian Duncan fully exhausted inmate appeal No. CCI-98-2782 when his Director's Level Appeal was denied on March 31, 1999. *See* AGO 4370-4371.

2. Inmate Ian Duncan fully exhausted inmate appeal No. CCI-S-00-00321 when his Director's Level Appeal was denied on September 8, 2000. *See* AGO 4316-4317.

**David Spooner**

1. Inmate David Spooner fully exhausted inmate appeal No. SAC-A-00-01355 when his Director's Level Appeal was denied on March 15, 2001. *See* AGO 4379-4380.

The parties agree to meet and confer again once discovery relating to inmate exhaustion is complete and, to the extent the parties agree on the status of exhaustion as to any particular grievance, the parties will identify grievances that are exhausted, grievances that are not exhausted, and grievances as to which the issue of exhaustion remains in dispute.

### PROPOSED SCHEDULE

In addition, the parties stipulate to the following proposed schedule for propounding written discovery relating to inmate exhaustion:

| | |
|---|---|
| Deadline to propound written discovery: | 11/13/06 |
| Deadline for parties to provide written responses and/or seek a protective order: | 1/12/07 |
| Deadline for document production associated with written discovery that is not subject to a motion for a protective order: | 2/16/07 |

Stipulation & [Proposed] Order Exhaustion
C-04-3339 CRB

1     The parties respectfully request that this Court approve the parties' stipulation and

2  discovery schedule.

3  Dated: October 17, 2006            JONES DAY

4

5                       By: _____

6                          Renée Beltranena Bea

7                         Attorney for Plaintiffs

8  Dated: October 12, 2006            DEPUTY ATTORNEY GENERAL OF THE
                             STATE OF CALIFORNIA

9

10                      By: _____

11                         Bonnie J. Chen

12                         Attorney for Defendants

13

14                    **[PROPOSED] ORDER**

15     Having considered the parties' proposed stipulation regarding plaintiff inmates'

16  exhaustion of administrative remedies and discovery schedule, the parties' stipulation is hereby

17  approved.

18     **IT IS SO ORDERED.**

19

20

21  Dated: ___October 23___, 2006      By: _____

22                       The Honorable Elizabeth D. Laporte

23                       United States Magistrate Judge

24

25  SFI-546452v2

26

27

28

Stipulation & [Proposed] Order Exhaustion
C-04-3339 CRB