**United States District Court**
For the Northern District of California

1
2
3
4
5
6
7
8          IN THE UNITED STATES DISTRICT COURT
9          FOR THE NORTHERN DISTRICT OF CALIFORNIA
10
11  PATRICK M. McCOLLUM, et al.,          No. C 04-03339 CRB
12          Plaintiffs,                    **ORDER DENYING LEAVE TO FILE
                                           MOTION FOR RECONSIDERATION**
13      v.
14  THE STATE OF CALIFORNIA, et al.,
15          Defendants.
                                                    /
16
17          On August 8, 2006, the Court issued a Memorandum and Order granting in part and

18  denying in part defendants' motion to dismiss the claims of plaintiff Patrick McCollum.

19  Nearly nine months later, plaintiff McCollum filed a motion for leave to file a motion for

20  reconsideration of that decision.  That motion is now pending before the Court.

21          Plaintiff's motion is DENIED.  Civil Local Rule 7-9(b) requires the party moving for

22  reconsideration to show one of the following:

23          (1)  That at the time of the motion for leave, a material difference in fact or law exists
            from that which was presented to the court before entry of the interlocutory order for
24          which reconsideration is sought.  The party shall also show that in the exercise of
            reasonable diligence the party applying for reconsideration did not know such fact or
25          law at the time of the interlocutory order; or

26
            (2)  The emergence of new material facts or a change of law occurring after the
27          time of such order; or

28          (3)  A manifest failure by the court to consider material facts which were
            presented to the court before such interlocutory order.

**United States District Court**
For the Northern District of California

1  Civil Local Rule 7-9(b)(1).  Plaintiff's motion for leave to file does not even attempt to

2  comply with this Rule; instead, he merely reargues the issues already presented to the Court.

3  The Court disagrees with plaintiff's recent characterization of the ruling as deciding issues

4  "sua sponte."  The Memorandum and Order relied on cases cited by and thoroughly

5  discussed by the parties in their briefs and at oral argument.  Plaintiff's inordinate and

6  unexplained delay in bringing this motion is further evidence that the Court's ruling did not

7  decide any issues that were not raised in the parties' papers; if it had, the Court expects that

8  plaintiff, who is represented by counsel, would have promptly moved for an opportunity to

9  respond to the "new" issues raised by the Order.

10    **IT IS SO ORDERED.**

11

12  Dated: June 11, 2007                       CHARLES  R. BREYER
                                              UNITED STATES DISTRICT JUDGE

13

14

15

16

17

18

19

20

21

22

23

24

25

26

27

28

G:\CRBALL\2004\3339\orderdenyingleave1.wpd2