Caroline Mitchell  #143124
Elaine Wallace  # 197882
Sarah Hamilton  # 238819
Jessica Repa # 240801
JONES DAY
555 California Street, 26th Floor
San Francisco, CA  94104-1500
Telephone:     (415) 626-3939
Facsimile:      (415) 875-5700
cnmitchell@jonesday.com
ewallace@jonesday.com
skhamilton@jonesday.com
jlrepa@jonesday.com

Attorneys for Plaintiffs

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| PATRICK M. MCCOLLUM, et al.,<br><br>Plaintiffs,<br><br>v.<br><br>CALIFORNIA DEPARTMENT OF CORRECTIONS AND REHABILITATION, et al.,<br><br>Defendants. | Case No. C 04-3339 CRB (EDL)<br><br>**STIPULATION AND [PROPOSED] ORDER REGARDING PLAINTIFFS' EXHAUSTION OF ADMINISTRATIVE REMEDIES**<br><br>Courtroom:    8, 19th Floor<br>Judge:           Hon. Charles R. Breyer<br>Action filed:   August 16, 2004 |

Counsel for Plaintiffs and Defendants hereby stipulate as follows:

**A.     Plaintiff Dacus.**

1. Appeal No. ASP-M-05-02749 is exhausted and Defendants agree not to raise any issues relating to the exhaustion of this appeal.

2. The Avenal State Prison appeal dated September 19, 2005, produced at P01039-40, is exhausted and Defendants agree not to raise any issues relating to the exhaustion of this appeal.

3. No further exhaustion discovery is required for Plaintiff Donnie Dacus or Avenal State Prison or Pelican Bay State Prison.

**B.      Plaintiff Collins.**

  1. Appeal No. SQ-02-1251 is exhausted with respect to the seventh issue listed in the appeal regarding access to a Wiccan chaplain and Defendants agree not to raise any issues relating to the exhaustion of this appeal.

  2. No further exhaustion discovery is required for Plaintiff Scott Collins or San Quentin State Prison.

**C.      Plaintiff Jensen.**

  1. Appeal No. SAC-A-05-01010 is exhausted and Defendants agree not to raise any issues relating to the exhaustion of this appeal.

  2. The California State Prison – Sacramento appeal dated September 29, 2005, produced at P02401-03, is exhausted and Defendants agree not to raise any issues relating to the exhaustion of this appeal.

  3. The California State Prison – Sacramento appeal dated October 20, 2005, produced at P02398-400, is exhausted and Defendants agree not to raise any issues relating to the exhaustion of this appeal.

  4. No further exhaustion discovery is required for Plaintiff Josef Jensen.

**D.      Stipulations made on October 23, 2006.**

  1. On October 23, 2006, the parties stipulated that the following appeals were exhausted: Capogreco's appeal no. SVSP-B-02-4401, Collins' appeal no. SQ-02-1790, Collins' appeal no. SQ-04-1760, Duncan's appeal no. CCI-98-2782, Duncan's appeal no. CCI-S-00-00321, and Spooner's appeal no. SAC-A-00-01355.

  2. Defendants agree not to raise any issues relating to the exhaustion of Capogreco's appeal no. SVSP-B-02-4401, Collins's appeal no. SQ-02-1790, Collins's appeal no. SQ-04-1760, Duncan's appeal no. CCI-98-2782, Duncan's appeal no. CCI-S-00-00321, and Spooner's appeal no. SAC-A-00-01355.

  3. No further exhaustion discovery is required for these appeals.

  4. No further exhaustion discovery is required for Plaintiff Ian Duncan or California Correctional Institution.

**IT IS SO STIPULATED.**

Dated: July 2, 2007           JONES DAY

By: /s/ Sarah K. Hamilton
    Sarah K. Hamilton

Attorneys for Plaintiffs

Dated: July 2, 2007           EDMUND G. BROWN JR.
Attorney General of the State of California
FIEL D. TIGNO
Supervising Deputy Attorney General
JOSHUA C. IRWIN
Deputy Attorney General
BONNIE J. CHEN
Deputy Attorney General

By: /s/ Bonnie J. Chen
    Bonnie J. Chen

Attorneys for Defendants

**ORDER**

**IT IS SO ORDERED.**

Date: __July 5__, 2007

_____
The Honorable Elizabeth D. Laporte
United States Magistrate Judge