EDMUND G. BROWN JR.
Attorney General of the State of California
MIGUEL A. NERI
Supervising Deputy Attorney General
FIEL D. TIGNO
Supervising Deputy Attorney General
JOSHUA C. IRWIN (SNB 209437)
Deputy Attorney General
BONNIE J. CHEN (SNB 219394)
Deputy Attorney General
 1515 Clay Street, 20TH Floor
 P.O. Box 70550
 Oakland, CA 94612-0550
 Telephone: (510) 622-2113
 Facsimile:  (510) 622-2121
fiel.tigno@doj.ca.gov
joshua.irwin@doj.ca.gov
bonnie.chen@doj.ca.gov
Attorneys for Defendants
California Department of Corrections, et al.

IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

SAN FRANCISCO DIVISION

| | |
|---|---|
| **PATRICK M. McCOLLUM, et al.**<br><br>Plaintiffs,<br><br>v.<br><br>**CALIFORNIA DEPARTMENT OF CORRECTIONS, et al.**<br>Defendants. | **Case No.: C04-3339 CRB** (EDL)<br><br>**STIPULATION AND [PROPOSED] ORDER REGARDING PLAINTIFFS' EXHAUSTION OF ADMINISTRATIVE REMEDIES**<br><br>Courtroom:   8, 19th Floor<br>Judge:   The Honorable Charles R. Breyer<br>Action Filed:   August 16, 2004 |

Counsel for Plaintiffs and Defendants hereby stipulate as follows:

A.    **Plaintiff Iloff.**

   1.    Appeal No. PVSP-04-03398 is exhausted and Defendants agree not to raise any

issues relating to the exhaustion of this appeal.

   2.    The appeal filed by Plaintiff Iloff at Pleasant Valley State Prison on or around

February 24, 2005 is exhausted and Defendants agree not to raise any issues

1    relating to the exhaustion of this appeal.

2        3.    No further exhaustion discovery is required for Plaintiff Iloff.

3    **B.    Plaintiff Spooner.**

4        1.    Appeal No. SVSP-03-02254 is exhausted and Defendants agree not to raise any

5              issues relating to the exhaustion of this appeal.

6        2.    No further exhaustion discovery is required for Plaintiff Spooner.

7    **C.    Plaintiff Mourland.**

8        1.    The appeal filed by Plaintiff Mourland at High Desert State Prison on or around

9              November 2002 is exhausted and Defendants agree not to raise any issues relating

10             to the exhaustion of this appeal.

11       2.    No further exhaustion discovery is required for Plaintiff Mourland.

12   **D.    Plaintiff Capogreco.**

13       1.    Appeal No. HDSP-01-01518 is not exhausted and Plaintiffs agree not to raise any

14             issues relating to the failure to exhaust this appeal in this litigation.

15       2.    The appeal filed by Plaintiff Capogreco at California State Prison - Sacramento

16             on or around January 2005 is not exhausted and Plaintiffs agree not to raise any

17             issues relating to the failure to exhaust this appeal in this litigation.

18       3.    No further exhaustion discovery is required for Plaintiff Capogreco.

19   ///

20   ///

21   ///

22   ///

23   ///

24   ///

25   ///

26   ///

27   ///

28   ///

1  E.        The parties agree that the exhaustion discovery phase of this litigation is now complete.

2

3                      **IT IS SO STIPULATED.**

4  Dated:  July ___, 2007                    EDMUND G. BROWN JR.
                                              Attorney General of the State of California
5                                             FIEL D. TIGNO
                                              Supervising Deputy Attorney General
6                                             JOSHUA C. IRWIN
                                              Deputy Attorney General
7                                             BONNIE J. CHEN
                                              Deputy Attorney General
8

9                                             By: /s/ Bonnie J. Chen
                                              _____
10                                            Bonnie J. Chen

11 Dated:  July ___, 2007                    JONES DAY

12

13                                            By: /s/ Elaine Wallace
                                              _____
14                                            Elaine Wallace

15

16                     **IT IS SO ORDERED.**

17

18

19

20 Dated:_____July 23, 2007_____

21                                            THE HO_____D. LAPORTE
                                              U.S. M_____

22

23

24

25

26

27

28

Stip. & [~~Prop.~~]Order re: Exhaustion               *McCollum, et al. v. CDCR, et al.*, Case No. C04-3339 CRB(EDL)

3