Caroline Mitchell  #143124
Elaine Wallace  # 197882
Sarah Hamilton  # 238819
JONES DAY
555 California Street, 26th Floor
San Francisco, CA  94104-1500
Telephone:     (415) 626-3939
Facsimile:      (415) 875-5700
cnmitchell@jonesday.com
ewallace@jonesday.com
skhamilton@jonesday.com

Attorneys for Plaintiffs

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| PATRICK M. MCCOLLUM, et al.,<br><br>   Plaintiffs,<br><br>   v.<br><br>CALIFORNIA DEPARTMENT OF CORRECTIONS AND REHABILITATION, et al.,<br><br>   Defendants. | Case No. C 04-3339 CRB (EDL)<br><br>**STIPULATION AND [PROPOSED] ORDER RE DEADLINE FOR DEFENDANTS TO RENEW THEIR MOTION TO DISMISS**<br><br>Courtroom:    8, 19th Floor<br>Judge:           Hon. Charles R. Breyer<br>Action filed:  August 16, 2004 |

WHEREAS, discovery in this case was stayed on March 3, 2006 pending the Court's resolution of Defendants' Rule 12(b) motion to dismiss the claims of Plaintiff Patrick McCollum, a Wiccan clergyman, and the eight named Wiccan/Pagan inmates (the "Inmate-Plaintiffs").

WHEREAS, at the July 7, 2006 hearing on Defendants' motion, the Court opened discovery on the Inmate-Plaintiffs' alleged failure to exhaust their administrative remedies but indicated that all other discovery would remain stayed.

WHEREAS, in its August 8, 2006 Order on Defendants' motion, the Court deferred ruling on the portion of the motion relating to the Inmate-Plaintiffs' claims pending resolution of the exhaustion issue.  The Court ruled on the portion of the motion relating to Plaintiff McCollum but

1  discovery has remained stayed on his claims as well pending resolution of the Inmate-Plaintiffs'
2  exhaustion issue.
3      WHEREAS, the parties have entered into a series of stipulations specifying which of the
4  Inmate-Plaintiffs' claims are exhausted and have agreed that no further exhaustion discovery is
5  necessary.
6      WHEREAS, Defendants have indicated that they intend to renew their Rule 12(b) motion
7  as to the Inmate-Plaintiffs on some or all of the grounds unrelated to exhaustion set forth in their
8  original motion filed on April 21, 2006.
9      WHEREAS, Plaintiffs would like to have the Rule 12(b) motion resolved promptly so that
10 merits discovery may proceed.
11 **IT IS HEREBY STIPULATED** between Plaintiffs and Defendants, by and through their
12 counsel of record, that Defendants shall file their renewed Rule 12(b) motion no later than
13 October 15, 2007.  Should Defendants fail to file the motion by that date, the stay on discovery
14 shall be deemed lifted as of October 16, 2007 and discovery on all issues may proceed
15 immediately thereafter.  Any opposition or reply brief must be filed by the deadline set forth in
16 Local Rule 7-3.

Dated: August 20, 2007                JONES DAY

                                      By: /s/ Elaine Wallace
                                          Elaine Wallace

                                      Attorneys for Plaintiffs


Dated: August 20, 2007                EDMUND G. BROWN JR.
                                      Attorney General of the State of California
                                      FIEL D. TIGNO
                                      Supervising Deputy Attorney General
                                      JOSHUA C. IRWIN
                                      Deputy Attorney General
                                      BONNIE J. CHEN
                                      Deputy Attorney General

                                      By: /s/ Bonnie J. Chen
                                          Bonnie J. Chen

                                      Attorneys for Defendants

**ORDER**

**PURSUANT TO STIPULATION, IT IS SO ORDERED.**

Date:  August 22 , 2007

                                      _____
                                      The Honorable Charles Breyer
                                      United States District Judge

*[Seal: UNITED STATES DISTRICT COURT NORTHERN DISTRICT OF CALIFORNIA — IT IS SO ORDERED / Judge Charles R. Breyer]*

STIP. AND [PROP.] ORDER RE DEADLINE FOR DEFS.
TO RENEW MOT. TO DISMISS
Case No. C 04-3339 CRB (EDL)

3