EDMUND G. BROWN
Attorney General of the State of California
MIGUEL A. NERI
Supervising Deputy Attorney General
FIEL D. TIGNO
Supervising Deputy Attorney General
JOSHUA C. IRWIN (SNB 209437)
Deputy Attorney General
BONNIE J. CHEN (SNB 219394)
Deputy Attorney General
 1515 Clay Street, 20TH Floor
 P.O. Box 70550
 Oakland, CA 94612-0550
 Telephone: (510) 622-2113
 Facsimile:  (510) 622-2121
fiel.tigno@doj.ca.gov
joshua.irwin@doj.ca.gov
bonnie.chen@doj.ca.gov
Attorneys for Defendants
California Department of Corrections, et al.

IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

SAN FRANCISCO DIVISION

| | |
|---|---|
| **PATRICK M. McCOLLUM, et al.**<br><br>**Plaintiffs,**<br><br>**v.**<br><br>**CALIFORNIA DEPARTMENT OF CORRECTIONS, et al.**<br>**Defendants.** | **Case No.: C04-3339 CRB**<br><br>**[PROPOSED] STIPULATED ORDER EXTENDING PAGE LIMIT FOR MOTION TO DISMISS AND OPPOSITION**<br><br>Courtroom:  8, 19th Floor<br>Judge:  The Honorable Charles R. Breyer<br>Action Filed:  August 16, 2004 |

It is hereby stipulated between Plaintiffs and Defendants, by and through their counsel of record, that the current fifteen page limit shall be extended for Defendants' Motion to Dismiss and Plaintiffs' Opposition to Defendants' Motion to Dismiss (as referenced in the Court's August 23, 2007 Order, Docket No. 229).  Defendants' Motion to Dismiss and Plaintiffs' Opposition to Defendants' Motion to Dismiss shall not exceed twenty-five pages in length,

1  exclusive of title pages, indexes of cases, table of contents, exhibits, appendices, affidavits,

2  declarations, and summary of argument.  All other deadlines and rules set forth in the Court's

3  Standing Orders and Local Rules shall remain in effect.

4

5      **IT IS SO STIPULATED.**

6

7  Dated:  October 10, 2007          EDMUND G. BROWN JR.
                                  Attorney General of the State of California

8                                  FIEL D. TIGNO
                                  Supervising Deputy Attorney General

9                                  JOSHUA C. IRWIN
                                  Deputy Attorney General

10                                  BONNIE J. CHEN
                                  Deputy Attorney General

11

12                                  By: /s/ Bonnie J. Chen

13                                  _____
                                  Bonnie J. Chen
                                  Counsel for Defendants

14

15  Dated:  October 10, 2007          JONES DAY

16                                  By: /s/ Elaine Wallace

17                                  _____
                                  Elaine Wallace, Esq.
                                  Counsel for Plaintiffs

18

19

20      **IT IS SO ORDERED.**

21

22  Dated:__ October 10, 2007 _____                   _____

23                                THE HONORABLE CHARLES R. BREYER
                                U.S. District Court Judge

24

25

26

27

28