EDMUND G. BROWN JR.
Attorney General of the State of California
MIGUEL A. NERI
Supervising Deputy Attorney General
FIEL D. TIGNO
Supervising Deputy Attorney General
JOSHUA C. IRWIN (SNB 209437)
Deputy Attorney General
BONNIE J. CHEN (SNB 219394)
Deputy Attorney General
 1515 Clay Street, 20TH Floor
 P.O. Box 70550
 Oakland, CA 94612-0550
 Telephone: (510) 622-2113
 Facsimile:  (510) 622-2121
fiel.tigno@doj.ca.gov
joshua.irwin@doj.ca.gov
bonnie.chen@doj.ca.gov
Attorneys for Defendants
California Department of Corrections, et al.

IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

SAN FRANCISCO DIVISION

| | |
|---|---|
| PATRICK M. McCOLLUM, et al.<br><br>                                    Plaintiffs,<br><br>v.<br><br>CALIFORNIA DEPARTMENT OF CORRECTIONS, et al.<br>                                    Defendants. | Case No.: C04-3339 CRB (EDL)<br><br>STIPULATION AND [P~~ROPOSED~~] ORDER REGARDING THE DEPARTMENT OF CORRECTIONS AND REHABILITATION'S SEARCHES FOR IAB-PURGED DOCUMENTS<br><br>Courtroom:     8, 19th Floor<br>Judge:         The Honorable Charles R. Breyer<br>Action Filed:  August 16, 2004 |

      On or about June 25, 2007, the Honorable Elizabeth D. Laporte issued a Stipulated Order On Plaintiffs' Motion to Compel Responses to Exhaustion Discovery And For an Order to Preserve Relevant Documents (Document 216) (hereafter "June 25, 2007 Order").  In relevant part, the June 25, 2007 Order addressed inmate appeals files purged by the California Department of Corrections & Rehabilitation's Inmate Appeals Branch ("IAB") in 2003, 2004,

Stip. Order re: Searches of IAB-Purged Documents    *McCollum, et al. v. CDCR, et al.*, Case No. C04-3339 CRB(EDL)

1

2005 and 2006. (June 25, 2007 Order at ¶¶ 2, 3.) The June 25, 2007 Order provided that "Defendants shall search the IAB's electronic records of exhausted appeals to identify potentially relevant Form 602 records that were purged" by IAB in 2004, 2005 and 2006. (June 25, 2007 Order at ¶ 2.) Pursuant to the June 25, 2007 Order, Plaintiffs were to provide a list of "a reasonable number of search terms to be used to run the searches" to be performed by IAB. (*Ibid.*) After completing the searches, Defendants were to produce to Plaintiffs "copies of the Director's Level Appeal Decision letters which pertain to Wiccan-Pagan inmates or inmates whose religion cannot be determined from the letter." (*Ibid.*) Further, the parties were to meet and confer to reach a stipulation on whether Defendants would also have to perform searches of IAB's electronic records relating to inmate appeals files purged by IAB in 2003. (*Id.* at ¶ 3.)

On or about July 24, 2007, Judge Laporte issued a subsequent "Order Re: Discovery Dispute" that addressed the foregoing searches by IAB (Document 226). The Order Re: Discovery Dispute provided in relevant part that Defendants were obligated to search IAB's electronic records of exhausted appeals corresponding to the Form 602 records that were purged by IAB in 2003. (Order Re: Discovery Dispute at p. 1.) The Order Re: Discovery Dispute also provided that Plaintiffs were to provide Defendants with a list of 20 search terms, and that Defendants would use these 20 search terms to search IAB's electronic records of exhausted appeals to identify potentially relevant Form 602 records that were purged by IAB in 2003, 2004, 2005 and 2006. (*Id.* at p. 2.) The Order Re: Discovery Dispute also stated that Plaintiffs could move the Court for relief to designate a limited number of additional terms under certain conditions. (*Ibid.*)

Plaintiffs provided the list of 20 search terms to Defendants, and Defendants have completed their searches and produced the Director's Level Appeal Decision letters in accordance with the June 25, 2007 Order and the Order Re: Discovery Dispute.

Plaintiffs have approached Defendant California Department of Corrections & Rehabilitation ("CDCR") and asked for CDCR to perform additional searches. Specifically, Plaintiffs have asked CDCR to search IAB's electronic records of exhausted appeals to identify further potentially relevant Form 602 records that were purged by IAB in 2003, 2004, 2005 and

2006, using seven additional search terms supplied by Plaintiffs: Celtic, Earth, Santeria, Thor, Clergy, Tarot, and Reverend.

Counsel for Plaintiffs and Defendants have met and conferred on Plaintiffs' request for CDCR to perform these additional searches. The parties agreed that if CDCR voluntarily performs these additional searches, then Plaintiffs will not seek any further searches pursuant to the Court's June 25, 2007 Order and Order Re: Discovery Dispute. The parties further agreed that if CDCR voluntarily performs these additional searches, then those searches will also satisfy any and all further obligations that CDCR may have to respond to the California Public Records Act ("CPRA") requests that Plaintiffs have served on CDCR.

Now, therefore, Counsel for Plaintiffs and Defendants hereby stipulate as follows:

1. CDCR will search IAB's electronic records of exhausted appeals to identify further potentially relevant Form 602 records that were purged by IAB in 2003, 2004, 2005 and 2006, using the following seven additional search terms: Celtic, Earth, Santeria, Thor, Clergy, Tarot, and Reverend.

2. CDCR shall have until December 17, 2007 to perform these additional searches and produce to Plaintiffs copies of the resulting Director's Level Appeal Decision letters that pertain to Wiccan-Pagan inmates or inmates whose religion cannot be determined from the letter.

3. Plaintiffs will not seek any further searches pursuant to Plaintiffs' Motion to Compel Responses to Exhaustion Discovery and For Order to Preserve Relevant Documents, the Court's June 25, 2007 Order, and/or the Order Re: Discovery Dispute.

4. Plaintiffs agree that CDCR performing these additional searches and production also satisfies and meets any and all further obligations CDCR may have to respond to Plaintiffs' CPRA requests.

5. This Stipulation is without prejudice to Plaintiffs' right to request, in merits discovery, documents relating to relevant Director's Level Appeal Decision letters.

///

///

Stip. Order re: Searches of IAB-Purged Documents    *McCollum, et al. v. CDCR, et al.*, Case No. C04-3339 CRB(EDL)

3

6. This Stipulation is without prejudice to Plaintiffs' right to seek evidentiary or other sanctions in this action, as permitted by law.

**IT IS SO STIPULATED.**

Dated: November 7, 2007

EDMUND G. BROWN JR.
Attorney General of the State of California

By:   /s/Joshua C. Irwin
_____
Joshua C. Irwin
Counsel for Defendants

Dated: November 7, 2007

JONES DAY

By:   /s/Elaine Wallace
_____
Elaine Wallace
Counsel for Plaintiffs

**PURSUANT TO STIPULATION, IT IS SO ORDERED.**

Dated: November 8, 2007

_____
THE HONORABLE ELIZABETH D. LAPORTE
U.S. Magistrate Judge

*IT IS SO ORDERED*
Judge Elizabeth D. Laporte
UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF CALIFORNIA

Stip. Order re: Searches of IAB-Purged Documents   *McCollum, et al. v. CDCR, et al.*, Case No. C04-3339 CRB(EDL)

4