1
2
3
4
5
6
7
8          IN THE UNITED STATES DISTRICT COURT

9          FOR THE NORTHERN DISTRICT OF CALIFORNIA

10
11   PATRICK M. McCOLLUM,                    No. C 04-3339 CRB

12              Plaintiff,                   **ORDER**

13      v.

14   THE STATE OF CALIFORNIA et al.,

15              Defendants.
     _____/

16

17          Now before the Court is defendants' motion to dismiss based on statute of limitations.

18   In its Order filed December 13, 2007, the Court continued the motion to allow plaintiffs to

19   file a response to defendants' reply brief calculation of the statute of limitations as to certain

20   grievances.  Plaintiffs have advised the Court that they do not dispute the calculation.

21   Accordingly, as set forth in the December 13, 2007 Order, defendants' motion to dismiss the

22   claims set forth on pages 7-8 of their Reply as barred by the statute of limitations is

23   GRANTED.  This dismissal includes claims emanating from Capogreco grievance No.

24   MCSP-97-00390, Mourland grievance filed on November 20, 2002, and Collins grievance

25   No. SQ-02-1251 submitted April 17, 2002.

26          **IT IS SO ORDERED.**

27   Dated: January 8, 2008                    _____

28                                             CHARLES R. BREYER
                                               UNITED STATES DISTRICT JUDGE

1
2
3
4
5
6
7
8
9
10
11
12
13
14
15
16
17
18
19
20
21
22
23
24
25
26
27
28