Caroline N. Mitchell  (State Bar No. 143124)
Elaine Wallace (State Bar No. 197882)
Sarah Hamilton (State Bar No. 238819
JONES DAY
555 California Street, 26th Floor
San Francisco, CA  94104-1500
Telephone:     (415) 626-3939
Facsimile:      (415) 875-5700
cnmitchell@jonesday.com
ewallace@jonesday.com
skhamilton@jonesday.com

Attorneys for Plaintiffs

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| PATRICK M. MCCOLLUM, et al.,<br><br>            Plaintiffs,<br><br>       v.<br><br>CALIFORNIA DEPARTMENT OF CORRECTIONS AND REHABILITATION, et al.,<br><br>            Defendants. | Case No. C 04-3339 CRB (EDL)<br><br>**STIPULATION AND [PROPOSED] ORDER REGARDING PLAINTIFFS' ADMINISTRATIVE REQUEST TO AMEND JANUARY 8, 2008 ORDER**<br><br>Courtroom:    8, 19th Floor<br>Judge:           Hon. Charles R. Breyer<br>Action filed:  August 16, 2004 |

Counsel for Plaintiffs and Defendants hereby stipulate as follows:

Defendant's Motion to Dismiss based on statute of limitations did not seek dismissal of Plaintiff Collins' and Plaintiff Mourland's claims arising under RLUIPA and the California Constitution.  The RLUIPA and California Constitution claims of Plaintiff Collins and Plaintiff Mourland therefore remain before the Court and should not be the subject of the Court's January 8, 2008 ruling on statute of limitations.

**IT IS SO STIPULATED.**

| | | |
|---|---|---|
| Dated: January 23, 2008 | | JONES DAY |
| | | By: /s/ Elaine Wallace |
| | |     Elaine Wallace |
| | | Attorneys for Plaintiffs |
| Dated: July 23, 2008 | | EDMUND G. BROWN JR.<br>Attorney General of the State of California |
| | | By: /s/ Joshua C. Irwin |
| | |     Joshua C. Irwin |
| | | Deputy Attorney General<br>Attorneys for Defendants |

## **ORDER**

**PURSUANT TO STIPULATION, IT IS SO ORDERED.**

Date:   January 31  , 2008

_____
The Hon. ...
United S...

*[Seal: UNITED STATES DISTRICT COURT NORTHERN DISTRICT OF CALIFORNIA — IT IS SO ORDERED, signed Judge Charles R. Breyer]*

STIP. AND [PROP.] ORDER RE PLFFS.' ADMIN. REQ.
TO AMEND JANUARY 8, 2008 ORDER
Case No. C 04-3339 CRB (EDL)

2