| | |
|---|---|
| 1 | Caroline N. Mitchell (# 143124) |
| | cnmitchell@jonesday.com |
| 2 | David C. Kiernan (State Bar No. 215335) |
| | dkiernan@jonesday.com |
| 3 | JONES DAY |
| | 555 California Street, 26th Floor |
| 4 | San Francisco, CA  94104 |
| | Telephone:     (415) 626-3939 |
| 5 | Facsimile:      (415) 875-5700 |
| 6 | Attorneys for Plaintiffs |
| | PATRICK M. MCCOLLUM, et al. |

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| **PATRICK M. MCCOLLUM, et al.,** | ~~**PROPOSED** ORDER **GRANTING EXTENSION**~~ |
| **Plaintiffs,** | |
| v. | |
| **THE STATE OF CALIFORNIA, et al.,** | |
| **Defendants.** | |

The Parties' Stipulation To Extend Discovery Cut-Off Date on Plaintiff Patrick McCollum's claims is hereby approved and the cut-off date for discovery, currently scheduled for October 3, 2008, shall be extended to January 16, 2009.

**DENIED**

**IT IS SO ORDERED.**

Dated: July __31__, 2008

_____
The Honorable
United
Northern

[Stamp: DENIED — Judge Charles R. Breyer — United States District Court, Northern District of California]

Stipulation and Proposed Order
To Extend Discovery
Case No. 04-03339 CRB