EDMUND G. BROWN JR.
Attorney General of the State of California
MIGUEL A. NERI
FIEL D. TIGNO
Supervising Deputy Attorneys General
DAVID A. CARRILLO, State Bar No. 177856
MICHAEL D. GOWE, State Bar No. 226989
Deputy Attorneys General
 1515 Clay Street, 20th Floor — P.O. Box 70550
 Oakland CA 94612-0550
 Tel: (510) 622-2215
 Fax: (510) 622-2121
 Email: fiel.tigno@doj.ca.gov
        davida.carrillo@doj.ca.gov
        michael.gowe@doj.ca.gov

Attorneys for Defendants

IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

SAN FRANCISCO DIVISION

| | |
|---|---|
| PATRICK M. McCOLLUM, et al.,<br><br>Plaintiffs,<br><br>v.<br><br>CALIFORNIA DEPARTMENT OF CORRECTIONS AND REHABILITATION, et al.,<br><br>Defendants. | Case No. C04-3339 CRB<br><br>STIPULATION TO DISMISS CERTAIN INDIVIDUAL CAPACITY DEFENDANTS |

\\
\\
\\
\\
\\
\\
\\
\\
\\
\\



TO THE HONORABLE COURT AND THE CLERK OF THE COURT:

TAKE NOTICE THAT the undersigned counsel of record for plaintiffs and defendants hereby stipulate and request that the Court enter the following order forthwith:

All defendants sued in this action in their individual capacities, with the exception of Sabrina Johnson and Barry Smith (as to both plaintiff McCollum and the inmate plaintiffs) and Protestant Chaplain Stewart (as to the inmate plaintiffs only), hereby are DISMISSED with prejudice from this action. Parties sued in their official capacities are unaffected by this order. No party will be liable for any other party's attorneys' fees or costs of suit by reason of this dismissal. No party will be considered a prevailing party by reason of this dismissal.

\\

Dated: October 28, 2008

By: _____
David C. Kiernan, Esq.
Attorneys for Plaintiffs

Dated: October 24, 2008

By: _____
David A. Carrillo, Deputy Attorney General
Attorneys for Defendants

Based on the agreement of the parties, and good cause appearing, it is SO ORDERED.

Dated: October 31, 2008

_____
Charles R. Breyer
United States District Judge



2

Stipulation to Dismiss Certain Individual Capacity Defendants     Case No. C04-3339 CRB