1   Caroline N. Mitchell (State Bar No. 143124)
    cnmitchell@jonesday.com
2   Elaine Wallace (State Bar No. 197882)
    ewallace@jonesday.com
3   David C. Kiernan (State Bar No. 215335)
    dkiernan@jonesday.com
4   JONES DAY
    555 California Street, 26th Floor
5   San Francisco, CA  94104
    Telephone:     (415) 626-3939
6   Facsimile:     (415) 875-5700

7   Attorneys for Plaintiff
    PATRICK M. MCCOLLUM, et al.

8
                        UNITED STATES DISTRICT COURT
9
                        NORTHERN DISTRICT OF CALIFORNIA
10

11

12   PATRICK M. McCOLLUM, et al.,          **Case No. C 04-03339 CRB**

13              Plaintiffs,                **STIPULATED REQUEST AND**
                                           **[PROPOSED] ORDER EXTENDING TIME**
     v.                                    **TO FILE SUMMARY JUDGMENT REPLY**
14                                         **BRIEFS**
     THE STATE OF CALIFORNIA, et al.,
15                                         Courtroom:     8, 19th Floor
                                           Judge:         Hon. Charles R. Breyer
16              Defendants.                Hearing Date:  December 12, 2008
                                           Hearing Time:  10:00 am
17

18

19
            Pursuant to Civil Local Rules 6-2 and 7-12 and this Court's Standing Order, Plaintiff
20
     Patrick McCollum and Defendants hereby submit this stipulated request to extend the date for
21
     filing reply briefs on the parties' cross-motions for summary judgment by one week.
22
            The parties' reply briefs are currently due on November 28, 2008, *i.e.* the day after
23
     Thanksgiving.  Since the Court is closed that day, the parties are required to file their briefs on
24
     Wednesday, November 26 instead.  That would give the parties only three business days after
25
     receipt of the opposition briefs to draft and file their reply briefs.  In addition, the attorney at
26
     Jones Day with primary responsibility for the reply brief will be traveling on November 26.  The
27

28

1   parties therefore request that the Court extend the reply briefing date from Friday, November 28

2   to the following Friday, December 5, 2008.

3

4   DATED:  November 10, 2008                          JONES DAY

5

6                                                      By:   /s/ David Kiernan
                                                             David Kiernan

7                                                      Attorneys for Plaintiff

8

9   DATED:  November 10, 2008                          STATE OF CALIFORNIA, ATTORNEY
                                                       GENERAL'S OFFICE
10

11

12                                                     By:   /s/ David A. Carrillo
                                                             David A. Carrillo, Deputy Attorney
13                                                           General

14                                                     Attorneys for Defendants

15

16

17  PURSUANT TO STIPULATION, **IT IS SO ORDERED**.

18

19  Dated:  ____ November 14, 2008 _

20  Hon. Charles R. Breyer
    United State...
21                                                     IT IS SO ORDERED

22

23                                                     Judge Charles R. Breyer

24

25

26

27

28