IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| PATRICK M. McCOLLUM, et al., | No. C 04-3339 CRB |
| Plaintiffs, | **ORDER** |
| v. | |
| THE STATE OF CALIFORNIA et al., | |
| Defendants. | |

Defendants' motion to strike plaintiff McCollum's late-filed papers is DENIED.

**IT IS SO ORDERED.**

Dated: December 10, 2008

CHARLES R. BREYER
UNITED STATES DISTRICT JUDGE