**United States District Court**
For the Northern District of California

IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

PATRICK M. McCOLLUM, et al.,

        Plaintiffs,

   v.

THE STATE OF CALIFORNIA, et al.,

        Defendants.

_____/

No. C 04-03339 CRB

**ORDER VACATING TRIAL DATE**

     In light of the pending motions for summary judgment, the February 2, 2008 trial date is VACATED.  The Court will set a new trial date once it issues its orders on the pending motions.

     **IT IS SO ORDERED.**

Dated: December 23, 2008

                               CHARLES  R. BREYER
                               UNITED STATES DISTRICT JUDGE