IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| PATRICK M. McCOLLUM,<br><br>　　　　Plaintiff,<br><br>　v.<br><br>THE STATE OF CALIFORNIA, et al.,<br><br>　　　　Defendants.　　　　　　　／ | No. C 04-03339 CRB<br><br>**ORDER** |

　　　Now pending before the Court is defendants' motion to quash the subpoena for the deposition of Cal Terhune. Defendants' motion to quash is GRANTED without prejudice to plaintiff re-serving the subpoena if Mr. Terhune's testimony is relevant following the Court's rulings on the pending summary judgment motions.

**IT IS SO ORDERED.**

Dated: January 6, 2009　　　　　　　　　　　　CHARLES R. BREYER
　　　　　　　　　　　　　　　　　　　　　　　UNITED STATES DISTRICT JUDGE

G:\CRBALL\2004\3339\Dec.12hearing\orderrequash.wpd