| | |
|---|---|
| 1 | Caroline N. Mitchell (State Bar No. 143124) |
| | cnmitchell@jonesday.com |
| 2 | David C. Kiernan (State Bar No. 215335) |
| | dkiernan@jonesday.com |
| 3 | Michael Scott (State Bar No. 255282) |
| | michaelscott@jonesday.com |
| 4 | JONES DAY |
| | 555 California Street, 26th Floor |
| 5 | San Francisco, CA 94104 |
| | Telephone: (415) 626-3939 |
| 6 | Facsimile: (415) 875-5700 |
| 7 | Attorneys for Plaintiff |
| | PATRICK M. MCCOLLUM, et al. |

IN THE UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN FRANCISCO DIVISION

| | |
|---|---|
| PATRICK M. McCOLLUM, et al., | Case No. C 04-03339 CRB |
| Plaintiffs, | STIPULATION TO DISMISS INMATE PLAINTIFF JOSEF MICHAEL JENSEN |
| v. | |
| THE STATE OF CALIFORNIA, et al., | |
| Defendants. | |

18 \\
19 \\
20 \\
21 \\
22 \\
23 \\
24 \\
25 \\
26 \\
27 \\
28 \\

SFI-601947v1

STIP. TO DISMISS PLAINTIFF JENSEN
Case No. 04-03339 CRB

1  TO THE HONORABLE COURT AND THE CLERK OF THE COURT:

2  PLEASE TAKE NOTICE THAT the undersigned counsel of record for plaintiffs and
3  defendants hereby stipulate and request that the Court enter the following order forthwith:
4  The claims of inmate plaintiff Josef Michael Jensen hereby are DISMISSED with
5  prejudice from this action. No party will be liable for any other party's attorneys' fees or costs of
6  suit by reason of this dismissal. No party will be considered a prevailing party by reason of this
7  dismissal.

10  Dated: March 26, 2009         By: /s/ Caroline N. Mitchell
11                                       Caroline N. Mitchell
                                         JONES DAY
12                                       Counsel for Plaintiffs

16  Dated: 27 MAR 2009            By: [signature]
17                                       David A. Carrillo, Deputy Attorney General
                                         Counsel for Defendants

19  Based on the agreement of the parties, and good cause appearing, it is SO ORDERED.

21  Dated: March 30, 2009         By: _____
22                                       Charles R. Breyer
                                         United States District Judge

IT IS SO ORDERED
Judge Charles R. Breyer
UNITED STATES DISTRICT COURT NORTHERN DISTRICT OF CALIFORNIA

SFI-601947v1

STIP. TO DISMISS PLAINTIFF JENSEN
Case No. 04-03339 CRB