

**EDMUND G. BROWN JR.**
Attorney General

State of California
**DEPARTMENT OF JUSTICE**

1515 CLAY STREET, 20TH FLOOR
P.O. BOX 70550
OAKLAND, CA 94612-0550

Public:    (510) 622-2100
Telephone: (510) 622-2215
Facsimile: (510) 622-2121
E-Mail: DavidA.Carrillo@doj.ca.gov

April 16, 2009

**VIA FACSIMILE**

The Honorable Joseph C. Spero
United States District Court, Northern District
Courtroom A, 15th Floor
450 Golden Gate Avenue
San Francisco, CA 94102

RE:  PATRICK McCOLLUM, ET AL. v. CDCR, ET AL.
     United States District Court, Northern District of California, Case No. C 04-3339 CRB

Dear Judge Spero:

On behalf of the defendant California State Personnel Board, for the settlement conference on 21 Apr 2009, we request that the SPB client representative be allowed to be on telephone standby, rather than appearing in person. The SPB is at most a minor figure in this action, and due to staffing shortages it would be a significant hardship for an SPB staff counsel to be present at the conference.

Sincerely,

DAVID A. CARRILLO
Deputy Attorney General

For    EDMUND G. BROWN JR.
       Attorney General

cc:   David C. Kiernan

OK2004900341
90111945.doc

Dated: April 20, 2009



IT IS SO ORDERED
Judge Joseph C. Spero