Caroline N. Mitchell (State Bar No. 143124)
cnmitchell@jonesday.com
David C. Kiernan (State Bar No. 215335)
dkiernan@jonesday.com
Michael T. Scott (State Bar No. 255282)
michaelscott@jonesday.com
JONES DAY
555 California Street, 26th Floor
San Francisco, CA  94104
Telephone:     (415) 626-3939
Facsimile:      (415) 875-5700

Attorneys for Plaintiff
PATRICK M. MCCOLLUM, et al.

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| Patrick M. McCollum, et al.<br><br>  Plaintiffs,<br><br>  v.<br><br>The State of California, et al.,<br><br>  Defendants. | Case No. 04-03339 CRB<br><br>[PROPOSED] ORDER DISMISSING INMATE PLAINTIFFS' THIRD, FOURTH, AND FIFTH CLAIMS WITH PREJUDICE |

WHEREAS this Court's December 13, 2007 and January 8, 2008 Orders ("2007 and 2008 Orders") ruled that Inmate Plaintiffs Kenneth Capogreco, Scott Collins, Donald Dacus, Kevin Iloff, Gregory Mourland, and David Spooner failed to timely exhaust a challenge to California's provision of paid chaplains to inmates of some faiths and not others;

WHEREAS the Court's 2007 and 2008 Orders dismissed Plaintiffs Third (Federal Free Exercise Clause of the First Amendment), Fourth (RLUIPA), and Fifth (State Free Exercise Clause) Claims to the extent that they challenge the state's Five Faith's Policy, including the provision of paid chaplains to some faiths and not others;

WHEREAS the Court's 2007 and 2008 Orders dismissed Plaintiffs' First (Establishment Clause) and Second (Equal Protection Clause) Claims in their entirety;

1    WHEREAS the Court's 2007 and 2008 Orders rejected Plaintiffs' "relation back" and
2  "continuing violation" arguments and dismissed as time-barred the claims related to certain
3  grievances filed by Plaintiffs Capogreco, Collins, and Mourland brought pursuant to 42 U.S.C. §
4  1983;

5    WHEREAS this order does not relate to Plaintiffs' claims dismissed by the Court's 2007
6  and 2008 Orders, as described above, which Plaintiffs do not intend to and do not agree to
7  dismiss, but intend to pursue on appeal;

8    WHEREAS Plaintiffs do intend to dismiss those aspects of claims Three, Four, and Five
9  of Plaintiff's Third Amended Complaint that were not dismissed and that remain pending before
10  this Court;

11    Having considered Plaintiffs' request to voluntarily dismiss Plaintiffs' remaining claims
12  Three, Four, and Five of Plaintiffs' Third Amended Complaint in the above captioned action that
13  remain pending before this Court, having determined that such dismissal will not prejudice
14  defendants, and good cause appearing:

15    IT IS HEREBY ORDERED that Plaintiffs' claims remaining in this Court are dismissed
16  from this action with prejudice pursuant to FRCP 41(a)(2).

17    IT IS FURTHER ORDERED that all matters relating to bills of cost in this action are stayed
18  pending appeal.

19
20  Dated:  ____June 2__, 2008        By: _____
21                                            The Honorable Charles R. Breyer
                                              United States District Judge

*IT IS SO ORDERED*
*Judge Charles R. Breyer*

2

[Proposed] Order Dismissing Inmate Claims
Three, Four, and Five
04-03339 CRB