IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| PATRICK MCCOLLUM, et al.,<br>　　　Plaintiffs,<br>　v.<br>THE STATE OF CALIFORNIA, et al.,<br>　　　Defendants.　　　　　　　　／ | No. C 04-03339 CRB<br><br>**JUDGMENT** |

　　　The Court having dismissed certain plaintiff inmates' claims by Orders filed December 13, 2007 and January 8, 2008, plaintiff inmates' having dismissed with prejudice their remaining third, fourth and fifth claims for relief, the Court having dismissed some of plaintiff McCollum's claims by Order filed August 8, 2006, and having granted defendants summary judgment on plaintiff McCollum's remaining claims by Orders filed February 13 and February 23, 2009, judgment is entered in favor of defendants and against plaintiffs. All matters involving the Bill of Costs are stayed pending plaintiffs' appeal.

　　　**IT IS SO ORDERED.**

Dated: June 3, 2009

　　　　　　　　　　　　　　　　　　　　CHARLES R. BREYER
　　　　　　　　　　　　　　　　　　　　UNITED STATES DISTRICT JUDGE

G:\CRBALL\2004\3339\judgment.wpd