Caroline N. Mitchell (State Bar No. 143124)
David Kiernan (State Bar No. 215335)
JONES DAY
555 California Street, 26th Floor
San Francisco, CA 94104
Telephone: (415) 626-3939
Facsimile: (415) 875-5700
cnmitchell@jonesday.com
dkiernan@jonesday.com

Attorneys for Plaintiffs

E-filing

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| PATRICK M. MCCOLLUM; IAN SHAYNE DUNCAN; KENNETH E. CAPOGRECO; DONNIE DACUS; SCOTT FORREST COLLINS; KEVIN COY ILOFF; DAVID SPOONER; and GREGORY L. MOURLAND, individually and on behalf of all others similarly situated<br><br>Plaintiffs,<br><br>v.<br><br>CALIFORNIA DEPARTMENT OF CORRECTIONS AND REHABILITATION, et al.,<br><br>Defendants. | Case No. C-04-3339 CRB<br><br>**NOTICE OF WITHDRAWAL** |

SFI-626195v1

NOTICE OF WITHDRAWAL
Case No. C-04-3339 CRB

|   |   |   |
|---|---|---|
| 1 | Pursuant to Local Rule 11-5 of the United States District Court for the Northern District of California, Plaintiffs request permission to withdraw Sarah K. Hamilton as counsel of record in the above-captioned matter. This withdrawal will not cause any undue delay to the parties or to the Court in the ultimate resolution of this action as the Plaintiffs have been and continue to be represented by the remaining counsel at Jones Day. | |

Pursuant to Local Rule 11-5 of the United States District Court for the Northern District of California, Plaintiffs request permission to withdraw Sarah K. Hamilton as counsel of record in the above-captioned matter. This withdrawal will not cause any undue delay to the parties or to the Court in the ultimate resolution of this action as the Plaintiffs have been and continue to be represented by the remaining counsel at Jones Day.

Accordingly, Plaintiffs respectfully requests that this Court approve this withdrawal.

Dated: December 22, 2009

Respectfully submitted,

JONES DAY

By: /s/ David C. Kiernan
David C. Kiernan

Attorneys for Plaintiffs PATRICK M. MCCOLLUM; IAN SHAYNE DUNCAN; KENNETH E. CAPOGRECO; DONNIE DACUS; SCOTT FORREST COLLINS; KEVIN COY ILOFF; DAVID SPOONER; and GREGORY L. MOURLAND

IT IS SO ORDERED.

Dated: DEC 2 9 2009, 2009

_____
Honorable Charles R. Breyer